JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A. THOMAS<br><br>                   PLAINTIFF(S),<br>   v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>                   DEFENDANT(S). | CASE NUMBER<br><br>CV 04-08448 DDP (SHx)<br><br>JUDGMENT ON THE VERDICT<br>FOR PLAINTIFFS |

    This action having been tried before the Court sitting with a jury, the Honorable Dean D. Pregerson, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

Dated: June 26, 2014

                                          CLERK, U.S. DISTRICT COURT

                                        /s/ John A. Chambers, Deputy Clerk