O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| S.A. THOMAS, | ) | Case No. CV 04-08448 DDP (SHx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER RE: OUT OF POCKET COSTS** |
| County of Los Angeles, ~~MICHAEL ANTONOVICH, YVONNE BURKE, DEANE DANA, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY~~, | ) | [Dkt. No. 1046] |
| Defendants. | ) | |

 Presently before the court is Plaintiffs' Motion for Award of Out-of-Pocket and Litigation Costs (Dkt. No. 146). Plaintiffs may recover, as part of an award of attorney's fees, "out-of-pocket expenses that would normally be charged to a fee paying client." Harris v. Marhoefer, 24 F.3d 16, 19 (9th Cir. 1994) (internal quotation marks and citation omitted).

 Plaintiffs request $84,463.39 in out-of-pocket and litigation costs. Plaintiffs acknowledge that $10,000 of the costs sought, related to the retention of Perry P. Zuckerman, have never been paid. (Reply at 11.) Plaintiffs may not, therefore, recover any

such costs. Nor may Plaintiffs recover $500 counsel spent "hiring an independent contractor, their former assistant, for organizing the case files after trial." (Reply at 11.) Office organization, by whatever name, would not typically be billed to a fee paying client, and is not recoverable.

Plaintiffs also request $46,614.00 for in-house photocopying at a rate of $0.25 per page, based solely upon the declarations of Plaintiffs' counsel's paralegal. In the court's experience, and considering economies of scale obtainable when duplicating in excess of 186,450 pages and the lack of any detailed explanation regarding the nature and purpose of the copying, $0.25 per page is not reasonable. See Kalitta Air, LLC v. Central Texas Airborne Sys., No. C 96-2494 CW, 2012 WL 6045246 at *3 (N.D. Cal. Dec. 5, 2012) (reversed in part on other grounds). The court is not persuaded that such rate is reasonable, and therefore reduces the applicable rate to $0.10 per page, for a total of $18,645.60.

Plaintiffs' motion is GRANTED, in part. The court reduces the award of out-of-pocket litigation costs to $45,994.99, for the reasons stated above.

IT IS SO ORDERED.

Dated: February 9, 2015

DEAN D. PREGERSON
United States District Judge

2