O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A. THOMAS, | ) Case No. CV 04-08448 DDP (SHx) |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| County of Los Angeles, et al. | ) |
| Defendants. | ) |

This action was tried by a jury, with Judge Dean D. Pregerson presiding.  The jury having rendered its verdict,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

    1.    Final judgment is entered against the County of Los Angeles and in favor of (1) Steven A. Thomas and (2) Denisha Gipson, as successor in interest to Eric Gipson.

///

///

///

    2.    Plaintiffs Thomas and Gipson shall recover from the defendant County of Los Angeles the amount of $10,000.00 each, attorneys' fees in the sum of $384,275, out-of-pocket costs in the sum of $45,994.99, and costs.

    3.    All motions pending before the court are DENIED.

Dated: February 10, 2015

DEAN D. PREGERSON  
United States District Judge

2